UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LORI K. WILHOIT )
 )
V. ) NO. 2:08-CV-304
 )
TIME INSURANCE COMPANY )

O R D E R

Defendant's motion to amend its answer to assert a counterclaim (Doc. 6) is unopposed and is therefore GRANTED.

SO ORDERED:

    s/ Dennis H. Inman
United States Magistrate Judge