UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LORI K. WILHOIT,<br>    Plaintiff, | )<br>)<br>) | |
| v | )<br>) | No: 2:08-CV-304 |
| TIME INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>) | |

## O R D E R

This action is before the Court on the parties' "Joint Motion and Memorandum to Administratively Close Case," [Doc. 35]. It is hereby **ORDERED** that the motion is **GRANTED**, and it is further **ORDERED** that this action is closed and removed from the active docket of this Court as a statistically pending matter. The Clerk is directed to submit a JS-6 report to the Administrative Office of the U.S. Courts on this case. However, nothing contained in this order shall be considered a dismissal or disposition of this matter. Should further proceedings become necessary or desirable, any party may initiate in the same manner as if this order had not been entered.

    **SO ORDERED.**

    **ENTER:**

                                                      s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE