IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| LORI K. WILHOIT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:08-cv-00304 |
| TIME INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and the Court's Order of July 6, 2010 [Doc. 36], the parties jointly submit this Stipulation of Dismissal with Prejudice. The parties represent to the Court that this action has been resolved, and therefore dismissal with prejudice is appropriate, with both sides bearing their own costs and attorneys' fees. A proposed Order of Dismissal is being submitted herewith for the Court's consideration.

Respectfully submitted,

BREEDING & LODATO LLC

/s/ Bradly Lamar Henry
Bradley Lamar Henry (BPR # 025447)
117 Center Park Dr. Ste. 201
Knoxville, TN 37922
Phone: (865) 670-8535

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

/s/ Summer H. McMillan
Summer H. McMillan (BPR No. 020296)
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Telephone: (865) 971-5108
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been filed electronically on April 8, 2015. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Summer H. McMillan
Summer H. McMillan